UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. 1:22-00048-TMB-NC<br><br>ORDER GRANTING DEFENDANT DENNIS MITSUNAGA'S MOTION TO AMEND/CORRECT APPEAL OF DETENTION ORDER AND MOTION TO FILE AMENDED EXHIBIT D UNDER SEAL<br>**(Dkts. 791, 792)** |

## ORDER

Defendant Dennis Kuniyuki Mitsunaga ("Mitsunaga") filed a Motion to Amend/Correct Appeal of Detention Order (the "Motion to Amend").[1] Mitsunaga seeks to amend his Appeal of Order of Detention[2] to include an Amended Exhibit D.[3] After review of the proposed Amended Exhibit D, the Court GRANTS Mitsunaga's Motion to Amend.

Mitsunaga also moves to file under seal the Amended Exhibit D on the basis that it contains confidential medical and financial information that cannot be

---

[1] Dkt. 791 (Mitsunaga's Motion to Correct/Amend Appeal of Detention Order).
[2] *See* Dkt. 782 (Mitsunaga's Redacted Appeal of Order of Detention); Dkt. 786 (Mitsunaga's Sealed Unredacted Appeal of Order of Detention).
[3] Dkt. 791 at 1.

redacted (the "Motion to File Under Seal").[4] Upon review of the Amended Exhibit D, the Court finds good cause for filing the Amended Exhibit D under seal. Accordingly, the Court GRANTS Mitsunaga's Motion to File Under Seal. Mitsunaga's Amended Exhibit D shall be filed under seal.

    IT IS SO ORDERED.

        Dated this 8th day of May, 2024.

                              /s/  *Timothy M. Burgess*
                              TIMOTHY M. BURGESS
                              UNITED STATES DISTRICT JUDGE

---

[4] Dkt. 792 (Mitsunaga's Motion to File Under Seal).